NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARNOLD S. ADAMS,                       )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D18-83
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark Kiser,
Judge.


PER CURIAM.

            Affirmed.


KHOUZAM, MORRIS, and ATKINSON, JJ., Concur.